[No. 25782-3-II.   Division Two.   December 7, 2001.]

*In the Matter of the Marriage of* PAULINE MARIE HARTMAN, *Respondent*, and JERRY WADE MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-3-00669-1, Wm. Thomas Mcphee, J., entered March 10, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Hunt, A.C.J., and Quinn-Brintnall, J.

[No. 25805-6-II.   Division Two.   December 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL WADE McKINNON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 99-1-00810-1, Randolph Furman, J., entered March 7, 2000. *Reversed* by unpublished opinion per Morgan, J., concurred in by Hunt, A.C.J., and Houghton, J. Now published at 110 Wn. App. 1.

[No. 26244-4-II.   Division Two.   December 7, 2001.]

UNITED BUILDERS OF WASHINGTON, INC., *Appellant*, v. THE CITY OF LACEY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 99-2-01887-4, Daniel J. Berschauer, J., entered July 11, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Hunt, A.C.J., and Seinfeld, J.

[No. 26276-2-II.   Division Two.   December 7, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS C. ALVAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 00-1-00052-7, Ted Kolbaba, J., entered August 3, 2000. *Affirmed* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Hunt, JJ.